Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

SAMUEL MARKS, Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY, Respondent, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

In the Matter of BERNARD B. LEIGHT, Appellant, against JOSEPH SCHECHTER et al., Constituting the City Civil Service Commission of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

ALBERT BRADICK, Appellant, v. RUDOLPH H. DEETJEN et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Rabin, Cox and Valente, JJ. [See 2 A D 2d 673].

ALFRED J. DEL REY, Appellant, v. WILLIAM RAMAGLIA, Respondent.— Judgment dismissing the complaint at the close of plaintiff's case (confined to the " issue of liability ") unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The issue of contributory negligence was a question of fact to be decided by the court after a full trial (*Foley* v. *State of New York*, 265 App. Div. 682; *Crowley* v. *Fifth Ave. Coach Co.*, 249 App. Div. 408, affd. 276 N. Y. 496). The rule that at the completion of plaintiff's case every inference favorable to the plaintiff should be drawn was not followed. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

In the Matter of 150 HOLDING CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The record does not show any intentional act or gross negligence on the part of the tenant. Therefore we do not reach the questions of policy argued by the parties. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ.

WILLIAM B. HIGHTOWER, Appellant, v. MARINE TRANSPORT LINES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

In the Matter of BERNARD COLODNEY et al., Respondents, against NEW YORK COFFEE AND SUGAR EXCHANGE, INC., Appellant.— This proceeding brought under article 78 of the Civil Practice Act is barred by the Statute of Limitations (Civ. Prac. Act, § 1286). The petition patently demonstrates that the proceeding was begun more than four months after a determination by respondent censuring petitioners for improper business conduct (Civ. Prac. Act, § 1293; *Matter of Mahony* v. *Conway*, 281 App. Div. 1057; *Matter of Endig* v. *McGoldrick*, 282 App. Div. 677). The determination involved the exercise of discretion and judgment encompassed by subdivision 2 of section 1284 of the Civil Practice Act, and cannot be reviewed for alleged arbitrariness after the lapse of the four months' period of its effective date (Civ. Prac. Act, § 1286; *Matter of Foy* v. *Brennan*, 285 App. Div. 669; *Matter of Weldon* v. *Rheinstein*, 283 N. Y. 753). Order unanimously reversed, with $20 costs and disbursements to the appellant and the petition dismissed. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ. [1 Misc 2d 643.]

BRIDGET HORAN et al., Respondents, v. FRANCIS LARKIN et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ. [See 2 A D 2d 673.]